UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO J. RODRIGUEZ, | Case No. 19-03333 BLF (PR) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| R. NEUSCHMID, | |
| Respondent. | |

For the reasons stated in the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 21, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.19\0333Rodriguez_judgment